SAFEWAY INC.
STEPHEN Q. ROWELL #098228
E-mail: stephen.rowell@safeway.com
THEODORE K. BELL #184289
E-mail: tad.bell@safeway.com
5918 Stoneridge Mall Road
Pleasanton, CA  94588-3229
Telephone:  (925) 467-3936
Facsimile:   (925) 467-3214

Attorneys for Defendant
SAFEWAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC., a Delaware Corporation,<br><br>Defendants. | No.  CV 11-1571 SI<br>Related to CV 11-0873 SI<br><br>STIPULATION AND [Proposed] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE NOW SCHEDULED FOR NOVEMBER 18, 2011 |
| CRAIG YATES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PERKOS CAFÉ; SAFEWAY, INC.; GLEN WIENKE; TAMRA WIENKE; LEE ROY CAMPBELL; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Trial Date:  None Set |

- 1 -

STIPULATION RE CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
Case No. CV-11-1571 LB

**INTRODUCTION**

In these related cases, plaintiff alleges that he is disabled and that defendants violated the Americans with Disabilities Act by denying him access to the Perko's Café and Tacos El Rey Restaurant located in the Willow Tree Shopping Center in Lakeport California. The center is owned by Safeway, Inc.

On September 8, 2011, the court issued a notice of a Further Case Management Conference to take place on October 28, 2011 at 3:00 p.m. The Court continued the conference to November 18, 2011 following stipulation by the parties because counsel for Safeway was unavailable. Since that time, the Perkos action, (No CV 11-0873), settled with the assistance of Magistrate Judge Cousins. Judge Cousins has only recently been assigned to conduct a settlement conference in the related case (No. CV 11-1571) and has ordered the conference in that action to take place on December 15, 2011.

Subject to the court's approval, the parties in the related Yates action (No. CV 11-1571) have agreed to stipulate to a continuance of the Further Case Management Conference until the aforementioned settlement conference has been conducted.

**STIPULATION**

The parties hereby stipulate that the Further Case Management Conference now scheduled to take place on November 18, 2011 be continued to either January 20, 27th or February 3, 2012 or as soon thereafter as is convenient for the court.

STIPULATION RE CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
Case No. CV-11-1571 LB

1 Respectfully submitted.

2

3 Dated: November 11, 2011  THOMAS E. FRANKOVICH, ESQ.
    A PROFESSIONAL LAW
4   CORPORATION

5

6                                      /s/
    Attorneys for Plaintiff
7   CRAIG YATES

8

9 Dated: November 11, 2011  SAFEWAY INC.

10

11                                     /s/
    STEPHEN Q. ROWELL, ESQ.
12  Attorneys for Defendant
13  SAFEWAY INC.

14

## **ORDER**

IT IS SO ORDERED that the Further Case Management Conference scheduled for November 18, 2011 be continued to __01/20____, 2012.

Dated: __11/14/2011__

_____
Honorable Susan Illston
Judge, United States District Court

*[Signature: Susan Illston / Judge Susan Illston — seal of United States District Court, Northern District of California]*

- 3 -

STIPULATION RE CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
Case No. CV-11-1571 LB